## IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT KLUNDER, AN INDIVIDUAL,
Appellant,
vs.
THYSSENKRUPP ELEVATOR
CORPORATION; AND
THYSSENKRUPP ELEVATOR
MANUFACTURING, INC.,
Respondents.

No. 84631

FILED

MAY 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed on April 28, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Crystal Eller, District Judge
Ladah Law Firm
McKay Law Firm Chtd.
Eighth District Court Clerk

22-16024